FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2026 MAR 18 PM 5: 12
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DERON LEWIS-PAYNE,

Defendant.

8:26CR42

INDICTMENT
18 U.S.C. § 2113(a)
18 U.S.C. § 924(c)(1)(A)(ii)

The Grand Jury charges that:

COUNT I

On or about February 10, 2026, in the District of Nebraska, the defendant, DERON LEWIS-PAYNE, by force, violence and intimidation did take from the person or presence of another approximately $9,175.00 in United States currency, belonging to and in the care, custody, control, management, and possession of i3 Bank in Omaha, Nebraska, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

COUNT II

On or about February 10, 2026, in the District of Nebraska, the defendant, DERON LEWIS-PAYNE, did knowingly use, carry, and brandish a firearm, to wit, a handgun, during and in relation to, a crime of violence for which defendant, DERON LEWIS-PAYNE, may be

prosecuted in a court of the United States, that is, bank robbery, as charged in Count I of this Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

UNITED STATES ATTORNEY
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

PATRICK C. MCGEE
ASSISTANT U.S. ATTORNEY